No. 135. Ex Parte Wilcox.—Petición de la National Surety Company para dar por terminada la fianza notarial. Resuelto en abril 17, 1912. Terminada la fianza notarial.

No. 303. Ex Parte Gibson.—Petición de la National Surety Company para que se dé por terminada la fianza notarial. Resuelto en abril 17, 1912. Terminada la fianza notarial.

No. 427. El Pueblo v. Andino.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en abril 18, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Miguel Guerra.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 424. El Pueblo v. Nieves.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en abril 20, 1912. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Pedro Gómez.* Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.*

No. 846. Ex Parte Ramos.—Apelación procedente de la Corte de Distrito de Guayama. Moción para que se desestime la apelación. Resuelto en abril 22, 1912. Denegada la moción. Abogado de la parte promovente: *Sr. Tomás Bernardini de la Huerta.* Abogados de los apelantes: *Sres. López Landrón, Rincón y Francis.* Abogado de la interventora Martina Rodríguez: *Sr. Manuel A. Martínez.*